AO 91 (Rev. 11/11) Criminal Complaint

~~SEALED BY ORDER OF THE COURT~~

**FILED**
August 07, 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America <br> v. <br> GASTER LAPADAT <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. **CR 20-71097-MAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 21, 2016 in the county of Monterey in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344(1) | Bank Fraud <br><br> MAXIMUM PENALTIES: <br> Imprisonment: 30 Years <br> Fine: $1,000,000 <br> Supervised Release: 5 Years <br> Special Assessment: $100, Potential Immigration Consequences |

This criminal complaint is based on these facts:
See attached affidavit of U.S. Postal Inspector Thang Bui.

☐ Continued on the attached sheet.

/s/ SvK
*Complainant's signature*

Thang Bui, U.S. Postal Inspector
*Printed name and title*

Approved as to form  /s/ Maria Perez
Assistant U.S. Attorney

Sworn to before me via telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 7, 2020

City and state: San Jose, CA

*Judge's signature*

Hon. Susan van Keulen
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thang Q. Bui, a US Postal Inspector with the US Postal Inspection Service, being duly sworn, hereby depose and state the following:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of a request for the issuance of a criminal complaint charging Gaster Lapadat with Bank Fraud, in violation of 18 U.S.C. § 1344(1). Because this affidavit is submitted for the purpose of obtaining an arrest warrant, I have not included each and every fact known to me in this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for the issuance of an arrest warrant for Gaster Lapadat. For the reasons set forth below, I believe there is probable cause that Gaster Lapadat committed the foregoing violation of federal law.

## AFFIANT'S BACKGROUND

2. I have been employed as a United States Postal Inspector with the United States Postal Inspection Service since August 2006, and am assigned to the San Francisco Division. My current assignment is on the External Crimes – Mail Theft and Violent Crimes team in San Jose, CA. During my 12 weeks of basic training in Potomac, MD, I received training in the investigation of various postal-related crimes, including mail theft, identity theft, postal burglaries and robberies, assaults, threats, the shipment of narcotics, and consumer fraud schemes. As part of my duties as a Postal Inspector, I have functioned as the case agent in over 130 investigations involving identity theft, theft of U.S. Mail, financial investigations, post office burglaries and robberies, assaults and threats, and counterfeit postal money orders, resulting in arrests of one or more persons for each of these cases.

3. As a federal law enforcement officer, I am authorized to investigate violations of federal law. I am familiar with the facts as set forth herein from my personal observations, interviews with victims, observations by other investigators and law enforcement officers as related to me in conversation and in written reports, and from documents and other evidence obtained as a result of this investigation.

**RELEVANT STATUTE**

4. Title 18 U.S.C. § 1344(1) states, in relevant part, whoever knowingly executes, or attempts to execute, a scheme or artifice to defraud a financial institution shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

**STATEMENT OF PROBABLE CAUSE**

**Synopsis of Investigation**

5. Beginning on a date unknown, but at least by November 2016, and continuing through January 2017, a group of individuals fraudulently negotiated stolen checks – mostly donation checks intended for churches – in the Northern District of California and elsewhere. During the investigation, I identified 341 stolen checks totaling $211,618.33 that were connected to this scheme. The perpetrators deposited these checks into bank accounts held in their own names, in each other's names, or in the names of suspected family members and associates.

6. Bank surveillance images show that Gaster Lapadat was one of the individuals involved in this scheme. According to surveillance records, he fraudulently negotiated 29 checks worth a total of $16,117.14 during this period.

7. All of the checks negotiated by Lapadat were deposited into Wells Fargo bank accounts held in the name of Gaster Lapadat or Gaster Lapadat and Individual 1. The majority of the checks were not altered prior to deposit, so that they reflected the original intended payee at the time they were fraudulently negotiated.

8. This affidavit details one of the checks fraudulently negotiated by Lapadat.

**December 21, 2016 Bank Fraud by Gaster Lapadat**

9. On December 21, 2016, check number 3298304 issued by an entity bearing the initials N.C.F. and made payable to an entity bearing the initials G.P.C. for $193.99 was deposited at a Wells Fargo ATM located at 1903 Natividad Rd. in Salinas, California, in the Northern District of California. The check was deposited into Gaster Lapadat's Wells Fargo account ending in -2009.

10.  Wells Fargo's surveillance photos show that the individual who deposited the check matches Lapadat's California driver's license photograph. A surveillance image showing Lapadat depositing the check is below.



11.  On August 20, 2019, I spoke to an individual bearing the initials C.M., Office Manager with G.P.C., on the telephone regarding the check. C.M. explained that the check is from an investment account at N.C.F. and that N.C.F. issues interest payment checks from that account to G.P.C. on a monthly basis. C.M. stated that G.P.C. experienced several mail thefts in 2016 and 2017. C.M. further stated that C.M. does not know Lapadat and did not give Lapadat permission to possess or negotiate the N.C.F. check.

**Wells Fargo FDIC Insurance**

12.  Wells Fargo is insured by the Federal Deposit Insurance Corporation and was so insured at the time of the instant offense.

## CONCLUSION

13. Based on the foregoing facts, there is probable cause to believe that Gaster Lapadat knowingly committed Bank Fraud in violation of 18 U.S.C. § 1344(1). Accordingly, I respectfully request that the warrant for the arrest of Gaster Lapadat be issued.

## REQUEST FOR SEALING

14. I respectfully request that the Court issue an order sealing the Warrant, the Complaint, and all papers submitted in support of the Complaint, including this affidavit, until further order of the Court. These documents concern an investigation that is not presently known to the target or to the public generally. I believe that sealing is necessary in order to effectuate the orderly arrest of Gaster Lapadat, and in order to guard against flight and destruction of evidence.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

_____/s/ SvK_____
Thang Q. Bui
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn and subscribed to before me over the telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) and signed by me on this __7th__ day of August 2020.

_____
Honorable Susan van Keulen
United States Magistrate Judge

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**FILED** August 07, 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## OFFENSE CHARGED

COUNT ONE: (18 U.S.C. § 1344(1)) - Bank Fraud

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY: MAXIMUM PENALTIES
Imprisonment: 30 Years; Fine: $1,000,000; Supervised Release: 5 years; Special Assessment: $100; Potential Immigration Consequences

Name of District Court, and/or Judge/Magistrate Location:
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

### DEFENDANT - U.S
GASTER LAPADAT

DISTRICT COURT NUMBER
**CR 20-71097-MAG**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Postal Inspector Thang Bui

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  [ ] U.S. ATTORNEY   [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: David L. Anderson
[X] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Maia Perez

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction    [ ] Federal  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No   If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS   [ ] NO PROCESS*   [X] WARRANT    Bail Amount: None

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments: