STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Severa_Keith@fd.org

Counsel for Defendant Lapadat

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20–0343 EJD (JCS) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL** |
| v. | |
| GASTER LAPADAT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the government through its attorney, Maia Perez, and defendant Gaster Lapadat through his attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on October 14, 2020, be modified to permit the Pretrial Services Officer to allow Mr. Lapadat to drive from his home in the District of Colorado to the Northern District of California, for the purpose of meeting with counsel on Feburary 10 and to visit family on February 11, 2021. According to Google Maps, the travel time from Aurora, Colorado to San Jose, California, is approximately 20 hours, not including breaks, and for this reason two days of travel time are requested before and after Mr. Lapadat's time in the Northern District of California. Mr. Lapadat will leave Colorado on February 8, 2021, and he will return to the District of Colorado

1  by February 13, 2021.

2      Pretrial Services does not object to this travel.  Mr. Lapadat is currently in compliance with his

3  conditions of release.

4      18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to

5  impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

6      As such, the parties request that the Court exercise its authority to modify the Conditions of

7  Release and Appearance, as stipulated.

8      IT IS SO STIPULATED.

10  Dated:    February 5, 2021

STEVEN G. KALAR
Federal Public Defender
Northern District of California

    /S/
---
SEVERA KEITH
Assistant Federal Public Defender

16  Dated:    February 5, 2021

DAVID L. ANDERSON
United States Attorney
Northern District of California

    /S/
---
MAIA PEREZ
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GASTER LAPADAT,<br><br>　　　　Defendant. | **Case No.:** CR 20–0343 EJD (JCS)<br><br>**[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL** |

[PROPOSED] <u>ORDER</u>

　　GOOD CAUSE HAVING BEEN SHOWN, the Court Orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Gaster Lapadat to travel from the District of Colorado to the Northern District of California, leaving Colorado on February 8, 2021, and returning to Colorado by February 13, 2021.

IT IS SO ORDERED.

　Dated: _____

　　　　　　　　　　　　　　　　　　　　　　HON. JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge