GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:        Severa_Keith@fd.org

Counsel for Defendant Lapadat

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 20–0343 EJD (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL** |
| v. | |
| GASTER LAPADAT, | |
| Defendant. | |

      IT IS HEREBY STIPULATED AND AGREED between the government through its attorney, Maia Perez, and defendant Gaster Lapadat through his attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on October 14, 2020, be modified to permit the Pretrial Services Officer to allow Mr. Lapadat to drive from his home in Colorado to the Northern District California, for the purpose of meeting with counsel on July 12, 2021, for Mr. Lapadat's Sentencing Hearing, and to visit family and friends.  According to Google Maps, the travel time from Aurora, Colorado to San Jose, California, is approximately 20 hours, not including breaks, and for this reason, the following dates of travel are requested for Mr. Lapadat's travel to California.  Mr. Lapadat will leave Colorado on July 9, 2021, arriving in the Northern District of California on July 11, 2021,

1  returning to Colorado by July 14, 2021.

2      Pretrial Services does not object to this travel. Mr. Lapadat is currently in compliance with his

3  conditions of release.

4      18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to

5  impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

6      As such, the parties request that the Court exercise its authority to modify the Conditions of

7  Release and Appearance, as stipulated.

8      IT IS SO STIPULATED.

10  Dated:   July 8, 2021

11  
                                                GEOFFREY HANSEN  
                                                Acting Federal Public Defender  
12                                                 Northern District of California

13                                                        /S/  
14                                                 SEVERA KEITH  
                                                Assistant Federal Public Defender

16  Dated:   July 8, 2021

17                                                 DAVID L. ANDERSON  
                                                United States Attorney  
18                                                 Northern District of California

19                                                       /S/  
20                                                 MAIA PEREZ  
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GASTER LAPADAT,<br><br>Defendant. | **Case No.:** CR 20–0343 EJD (JCS)<br><br>**[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL** |

[PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Gaster Lapadat to travel to the Northern District of California, from the District of Colorado, with travel beginning on July 9, 2021, and Mr. Lapadat will return to Colorado by July 14, 2021.

IT IS SO ORDERED.

Dated: _____

HON. JOSEPH C. SPERO
United States Magistrate Judge