UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 12, 2021        **Time:** 11:06-12:01pm        **Judge:** Edward J. Davila
**Total Time:** 55 Mins.

**Case No.:** 20-cr-00343-EJD-1        **Case Name:** UNITED STATES v. Gaster Lapadat(P)(NC)

**Attorney for Plaintiff:** Maia Perez
**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Adriana M. Kratzmann        **Court Reporter:** Irene Rodriguez

**Interpreter:** Lupita Arce (Spanish)        **Probation Officer:** Catheryn Grier

### PROCEEDINGS – SENTENCING HEARING
### IN-COURT

Defendant is present, out of custody and assisted by the Spanish language interpreter. Hearing held.
The Court GRANTS a variance.
The Court sentenced the defendant as follows:
The defendant is hereby committed to the Bureau of Prisons (BOP) to be imprisoned for a term of 60 days as to Ct. 5 of the Indictment (Dkt. 4 filed 9/8/2020).
Upon release from imprisonment, if the defendant is not deported, shall serve a term of 4 years of supervised release as to Ct. 5. The Court adopts the Probation Officers recommendations as to the standard and special conditions of supervised release (SEE JUDGMENT).
The Court imposed a fine in the amount of $1,000.00.
Restitution is ordered in the amount of $11,127.14 payable to the victims as listed on the Judgment.
A special assessment fee of $100.00 is imposed.
The defendant shall self-surrender on 10/13/2021 by 2:00 p.m. to either the designated facility if a facility has not been designated then the defendant is to self-surrender to the U.S. Marshal's office.
The Court makes the following recommendation: That the defendant be designated to a minimum-security facility as close to Denver, Colorado where the defendant's family resides. The Court notes that the offense is a non-violent offense. The Court finds that family visitation enhances rehabilitation.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: