DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    Email: maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 20-343 EJD |
| Plaintiff, | ) |
| | ) EX PARTE MOTION TO CONTINUE SELF-SURRENDER DATE TO NOVEMBER 17, 2021; [PROPOSED] ORDER |
| v. | ) |
| GASTER LAPADAT, | ) |
| Defendant. | ) |

    The United States, represented by Maia Perez, Assistant United States Attorney, respectfully moves this Court to continue defendant Gaster Lapadat's self-surrender date from October 13, 2021 at 2:00 p.m. to November 17, 2021 at 2:00 p.m.

    On September 8, 2020, Defendant was charged with five counts of Bank Fraud in violation of 18 U.S.C. § 1344(1) in connection with a scheme to deprive local organizations of thousands of dollars by obtaining checks intended for the organizations and fraudulently depositing the funds into his own bank accounts.  ECF 4.  With a few exceptions, nearly all of these checks were private donations intended for churches, with some stolen directly from church offices and collection plates.

1    Defendant subsequently pled guilty to one count of Bank Fraud.  ECF 48.  At sentencing, the

2  PSR noted that, following his arrest in this case on September 10, 2020, Defendant was held in ICE

3  custody from September 10, 2020 to November 27, 2020 (approximately 78 days).  PSR ¶ 4.  This Court

4  sentenced Defendant to 60 days in prison and ordered Defendant to surrender to serve his 60-day

5  sentence by October 13, 2021 at 2:00pm.  ECF 48.

6    On October 8, 2021, the U.S. Marshals Service notified the undersigned AUSA[1] and U.S.

7  Probation that the Bureau of Prisons was crediting Defendant for 79 days in custody, such that there is

8  no additional time left to be served on his sentence.  On information and belief, the government

9  understands from the Marshals that this determination creates a conflict for the Marshals between

10  complying with the Court's surrender order and following BOP's direction.

11    The Marshals have requested the Court's assistance in resolving this conflict and additional time

12  is needed to gather information to assist the Court, BOP, and the Marshals in addressing this matter.

13  The government is moving to continue Defendant's surrender date to allow for this additional time and

14  to assist the Marshals in preventing any potential issues tomorrow when Defendant self-surrenders.

15    The government sought Defendant's stipulation to continue the surrender date due to this issue.

16  Defense counsel has responded that Defendant does not agree to stipulate.

17

18                                                          Respectfully submitted,

19                                                          STEPHANIE M. HINDS
                                                           Acting United States Attorney
20

21  Dated: October 12, 2021                            _____/s/_____
                                                           MAIA T. PEREZ
22                                                          Assistant United States Attorney

23

24

25

26

27

28  [1] The undersigned AUSA was on leave on October 8, 2021 and, with the federal holiday yesterday, was not able to gather information to address this issue until today.

EX PARTE MOTION TO CONTINUE SELF-SURRENDER DATE; [PROPOSED] ORDER
CR 20-343 EJD

1

[PROPOSED] ORDER

2        Pursuant to the government's motion, and for good cause shown, the Court HEREBY ORDERS

3   that defendant Gaster Lapadat's surrender date is continued from October 13, 2021 at 2:00pm to

4   November 17, 2021 at 2:00pm.

5

6   IT IS SO ORDERED.

7

8

9   DATED: _____          _____

                                      HON. EDWARD J. DAVILA
10                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE MOTION TO CONTINUE SELF-SURRENDER DATE; [PROPOSED] ORDER
CR 20-343 EJD